UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60428-CIV-ROSENBAUM

XIAOHUI GUO,

       Plaintiff,

v.

BAKALAR & ASSOCIATES, P.A.,

       Defendant.

_____/

## ORDER

     This matter is before the Court upon Plaintiff's Notice of Settlement [D.E. 12]. In light of the Notice of Settlement, the Court hereby directs the parties to submit a stipulation for dismissal within ten (10) calendar days of the date of this Order so that the case file may be closed. If the parties would like the Court to retain jurisdiction for the limited purpose of enforcing the terms of the settlement, they must make the settlement agreement contingent upon the Court's retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Additionally, if the parties wish for the Court to retain jurisdiction, the parties shall include notification to the Court in their Stipulation of Dismissal that the dismissal of the action is contingent upon the Court's retaining of jurisdiction to enforce the terms of the settlement agreement.

     **DONE and ORDERED** at Fort Lauderdale, Florida, this 11th day of April 2013.

                                                 ROBIN S. ROSENBAUM
                                                 UNITED STATES DISTRICT JUDGE

Copies:
Counsel of record